[No. 6,822.—Department Two.]
ELIZA A. BYRNE v. JAMES H. BYRNE.

DEMAND—CHANGE OF PLACE OF TRIAL.—A notice of a motion to change the place of trial is not a demand.

APPEAL from an order, in the Nineteenth District Court, City and County of San Francisco.   WHEELER, J.

*George Turner*, and *C. R. Greathouse*, for Appellant.

*John M. Burnett*, and *W. D. Long*, for Respondent.

The COURT:

This is an appeal from an order changing the place of trial. The motion was based upon affidavits, but no demand in writing was filed.   The notice of the motion was not a demand.   (See § 396, Code Civ. Proc.; *Estrada* v. *Oreña*, 54 Cal. 407.)
Order reversed.